# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 27, 2025 **Time:** 10:00

**Judge:** Jacqueline Scott Corley

**Case Numbers:** 25-cv-06836-JSC 25-cv-06837 25-cv-6838 25-cv-6839 and 25-cv-6841

**Case Name:** In Re: The Roman Catholic Bishop of Oakland

**Deputy Clerk:** Ada Means **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Initial case management conference held. The Court sets the following briefing schedule and hearing date for the lift-stay appeals:

- Insurers' opening brief due by September 12, 2025.
- Committees' opposing brief due by October 10, 2025.
- Insurers' replies due by October 20, 2025.
- Hearing on November 6, 2025 at 9:00 a.m. in Courtroom 8 in San Francisco

Appearances on August 27, 2025:

FOLEY & LARDNER LLP
**Eileen R. Ridley/Shane Moses**
*Attorneys for RCBO*

LOWENSTEIN SANDLER LLP
**Brent Weisenberg/ Colleen Restel**
Burns Bair LLP
**Timothy Burns**
*Attorneys for the Official Committee of Unsecured Creditors*

PARKER HUDSON RAINER & DOBBS LLP
**Todd Jacobs/Harris B. Winsberg/Matthew G Roberts/Brian C. Aton**
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
**Blaise S. Curet**
*Attorneys for Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*

PLEVIN & TURNER LLP
**Mark D. Plevin**
*Attorneys for Defendant Continental Casualty Company*

O'MELVENY & MYERS LLP
**Tancred V. Schiavoni/Justine Daniels**
*Attorneys for Insurance Company of North America, Pacific Indemnity Company, and Pacific Employers Insurance Company*

CLYDE & CO US LLP
**Catalina Sugayan/George Chorley/AlexPotente**
SKARZYNSKI MARICH & BLACK LLP
**Timothy Evanston**
*Attorneys for Certain Underwriters at Lloyd's*

Dentons US LLP
**Laren Macksoud**
*Attorneys for Defendant Travelers Casualty & Surety Company*