United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Debtor,<br>WESTPORT INSURANCE CORPORATION,<br>Appellant,<br>v.<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Appellees. | Case No. 25-cv-06836-JSC<br><br>**ORDER REGARDING CONSOLIDATION AND COORDINATION OF RELATED ACTIONS** |
| IN RE:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Debtor,<br>PACIFIC INDEMNITY COMPANY, INSURANCE COMPANY OF NORTH AMERICA, PACIFIC EMPLOYERS INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,<br>Appellants,<br>v.<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Appellees. | Case No. 25-cv-06837-JSC |

| | |
|---|---|
| IN RE:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Debtor,<br>COUNSEL FOR CERTAIN UNDERWRITERS AT LLYODS, LONDON and CERTAIN LONDON MARKET INSURERS,<br>Appellants,<br>v.<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Appellees. | Case No. 25-cv-06838-JSC |
| IN RE:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Debtor,<br>CONTINENTAL CASUALTY COMPANY,<br>Appellant,<br>v.<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, WESTPORT INSURANCE CORPORATION, LONDON MARKET INSURERS ARE CERTAIN UNDERWRITERS AT LLOYDS, LONDON, CATALINA WORTHING INSURANCE LIMITED, OCEAN MARINE INSURANCE COMPANY LIMITED, RIVER THAMES INSURANCE COMPANY LIMITED, DOMINION INSURANCE COMPANY LIMITED, COMPANHIA DE SEGUROS FIDELIDADE-MUNDIAL, R&Q GAMMA COMPANY LIMITED, TRAVELERS CASUALTY & SURETY COMPANY, PACIFIC INDEMNITY COMPANY, INSURANCE COMPANY OF NORTH AMERICA, PACIFIC EMPLOYERS INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY<br>Appellees. | Case No. 25-cv-06839-JSC |

| | |
|---|---|
| IN RE:<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Debtor,<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br>Appellant,<br>v.<br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND, THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND, and ADVENTUS<br>Appellees. | Case No. 25-cv-06841-JSC |

Pursuant to Federal Rule of Civil Procedure 42, the Court orders consolidation of the above-captioned cases. Case No. 25-cv-06836 shall become the master docket for all related actions under the name "IN RE ROMAN CATHOLIC BISHOP OF OAKLAND BANKRUPTCY AUTOMATIC STAY APPEAL." Papers applicable to all related actions must be filed only in the master docket using the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ROMAN CATHOLIC BISHOP OF OAKLAND BANKRUPTCY AUTOMATIC STAY APPEAL<br><br>This Document Applies to:<br><br>ALL CASES | Case No. 25-cv-06836-JSC |

Papers applicable to only a single appeal must be filed in both the Master Docket and the original docket, noting the case or cases of relevance, instead of the "ALL CASES" notation in the caption above.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 28, 2025

JACQUELINE SCOTT CORLEY
United States District Judge