Lowenstein Sandler

**Michael A. Kaplan**

Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-2302
F: (973) 597-2303
E: mkaplan@lowenstein.com

September 2, 2025

VIA ECF ONLY

United States District Court,
Northern District of California
The Honorable Jacqueline Scott Corley
San Francisco Courthouse, Courtroom 8 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: In re The Roman Catholic Bishop of Oakland Bankruptcy Automatic Stay Appeal, Case No. 25-cv-06836-JSC**

Judge Corley:

We write on behalf of the Official Committee of Unsecured Creditors (the "***Committee***") in connection with the above-referenced appeal (the "***Stay Relief Appeal***"). The Committee reviewed the *Order Regarding Consolidation and Coordination of Related Action* [Dkt. No. 18], which consolidated five individual appeals.

Four of the appeals—Case Nos. 25-cv-06836-JSC (Westport Insurance Company v. The Roman Catholic Bishop of Oakland, et al.), 25-cv-06837-JSC (Pacific Indemnity Company, et al. v. The Roman Catholic Bishop of Oakland, et al.), 25-cv-06838-JSC (Certain Underwriters at Lloyd's, London, et al. v. The Roman Catholic Bishop of Oakland, et al.), and 25-cv-06839-JSC (Continental Casualty Company v. The Official Committee of Unsecured Creditors, et al.)—seek this Court's review of the *Order Granting Renewed Motion of the Official Committee of Unsecured Creditors to Lift the Automatic Stay to Permit Certain Plaintiffs' Personal Injury Claims to Proceed in State Court* [Bankr. Dkt. 2168] issued by the Bankruptcy Court in the main Chapter 11 proceeding (Case No. 23-40523-WJL). In these appeals, one or more insurers are appellants and the Committee is the appellee. While the Debtor is an interested party in these appeals, the Debtor is not otherwise involved in these appeals.

The fifth appeal—Case No. 25-cv-06841-JSC (The Official Committee of Unsecured Creditors of the Roman Catholic Bishop of Oakland v. The Roman Catholic Bishop of Oakland, et al.)—seeks review of the *Order Dismissing First Amended Adversary Complaint* [Adv. Pro. Dkt. No. 55] (the "***Dismissal Order***") issued by the Bankruptcy Court in Adversary Proceeding

No. 24-04053.[1] In this appeal, the Committee is the appellant and the Debtor and certain non-debtor entities are appellees. The insurers are not involved in this appeal.

Because the appeal of the Dismissal Order seeks this Court's review of a separate order in a separate (but related) proceeding, with different parties from the other four appeals, the Committee requests that the appeal of the Dismissal Order not be consolidated into the Stay Relief Appeal.

We thank the Court for your continued consideration.

Respectfully submitted,

*/s/ Michael A. Kaplan*
Michael A. Kaplan

[1] The Committee filed a motion seeking reconsideration of the Dismissal Order, which remains pending before the Bankruptcy Court. As a result, pursuant to Federal Rule of Bankruptcy Procedure 8002(b)(2), the notice of appeal of the Dismissal Order is not yet effective.