United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROMAN CATHOLIC BISHOP OF OAKLAND BANKRUPTCY AUTOMATIC STAY APPEAL,

This Document Applies to:

ALL CASES

Case No. 25-cv-06836-JSC

**ORDER MODIFYING CONSOLIDATION AND COORDINATION OF RELATED ACTIONS**

Re: Dkt. No. 18

IN RE:

THE ROMAN CATHOLIC BISHOP OF OAKLAND,

Debtor,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ROMAN CATHOLIC BISHOP OF OAKLAND,

Appellant,

v.

THE ROMAN CATHOLIC BISHOP OF OAKLAND, THE ROMAN CATHOLIC WELFARE CORPORATION OF OAKLAND, THE ROMAN CATHOLIC CEMETERIES OF THE DIOCESE OF OAKLAND, and ADVENTUS,

Appellees.

Case No. 25-cv-06841-JSC

On August 28, 2025, the Court consolidated Case Nos. 25-cv-06836-JSC, 25-cv-06837-JSC, 25-cv-06838-JSC, 25-cv-06839-JSC, and 25-cv-06841-JSC under Case No. 25-cv-06836-JSC. (Dkt. No. 18.) The Committee asks the Court to remove Case No. 25-cv-06841-JSC from the consolidated proceedings. (Dkt. No. 19.) The Court agrees it should not be consolidated with

the other appeals.

So, the Court vacates its order regarding consolidation as it applies to Case No. 25-cv-06841-JSC. The standard Bankruptcy Local Rules shall apply to Case No. 25-cv-06841.

**IT IS SO ORDERED.**

Dated: September 3, 2025

JACQUELINE SCOTT CORLEY
United States District Judge